U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 12 2024
CLERK, U.S. DISTRICT COURT
By mw
     Deputy

4-15CR-239-P

4:24-cv-871-P

To whom is in charge I'm being Detained at Cooke County Detention Center with a US Marshal Hold This county Refuses to grant me with a motion to Expidite So I'm requesting Expidition or reinstatement on my probation Because Ive Been in this county over 90 Days wit no Inditement For The Charge I was Booked in Custody For and There will Be no Inditement Because Theres no sufficent Evidence to Indite or to support the charge So there for I'm being Detained For my US Marshal. Hold and That Alone is preventing my PR bond which I'm Eligible For please help with this matter which is urgent Thank you

Respectfully submitted

Lorenzo Williams #161291

D.O.B 7-14-81

B.O.P #44304177

Lorenzo Williams # 161291
Cooke County Detention Center
300 County Road 451
Gainesville Tx 76240

NORTH TEXAS TX 750
9 SEP 2024 PM 4

US POSTAGE — PITNEY BOWES
ZIP 76240
0000384539
$000.64

US Marshal Clerk
501 W 10th St
Unit 418
Fortworth, Tx 76102

RECEIVED
SEP 12 2024
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

76102-367218