UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**LORENZO WILLIAMS,**

   Petitioner,

v.                                                                  No. 4:24-cv-0871-P

**COOKE COUNTY DETENTION CENTER,**

   Respondent.

### FINAL JUDGMENT

Consistent with the order of dismissal signed this date, the petition of Lorenzo Williams is **DISMISSED** for want of prosecution.

**SO ORDERED** on this **15th day of November 2024.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE